# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2015

## NO. 03-14-00027-CV

### In the Matter of J. M.

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --**
**OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of adjudication, order imposing determinate sentence probation, sex-offender registration order, and transfer order signed by the juvenile court on November 21, 2013. Having reviewed the record and the parties' arguments, we affirm the juvenile court's judgment of adjudication, order imposing determinate sentence probation, and sex-offender registration order. We dismiss the appeal of the juvenile court's transfer order for lack of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.